1  Dennis M. Brown, Bar No. 126575
   dmbrown@littler.com
2  Jonathan A. Heller, Bar No. 267542
   jheller@littler.com
3  LITTLER MENDELSON, P.C.
   50 West San Fernando Street
4  7th Floor
   San Jose, California 95113.2434
5  Telephone:   408.998.4150
   Fax No.:     408.288.5686
6

7  Attorneys for Defendant
   MARATHON PETROLEUM, a Delaware
8  corporation.

9

10                         UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12

13 | REGINALD SCOTT THOMAS, an individual, | Case No. |
|---|---|
14 | | **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** |
   | Plaintiff, | |
15 | v. | |
16 | MARATHON PETROLEUM, a Delaware corporation; SPECIALTY WELDING AND TURNAROUNDS, LLC, a Louisiana corporation; and DOES 1-20, | Contra Costa County Superior Court Case No. C22-02570 |
17 | | Complaint Filed: December 2, 2022 |
18 | Defendant. | Trial Date: None |

LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, NJ 07102
973.848.4700

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1
4864-2201-4030.1 / 028651-1000

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Marathon Petroleum Corporation ("Marathon") makes the following disclosures: Marathon is an American corporation, publicly traded on the New York Stock Exchange, is not a subsidiary of any other entities, and no shareholder or entity owns 10% or more of the corporation.

**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that there are no additional persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities that: (i) have a financial interest in the subject matter in controversy or in a party to this proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding.

Dated:  February 23, 2023       LITTLER MENDELSON, P.C.

By: /s/ Jonathan A. Heller
Dennis M. Brown
Jonathan A. Heller
Attorneys for Defendant
MARATHON PETROLEUM CORPORATION
A DELAWARE CORPORATION

LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, NJ  07102
973.848.4700

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

2.

4864-2201-4030.1 / 028651-1000