MARTIN ZURADA  (SBN 218235)
VENARDI ZURADA LLP
1418 Lakeside Drive
Oakland, California 94612
Telephone: (510) 832-4295
Facsimile:  (510) 832-4364
mzurada@vzlawfirm.com
Attorneys for Plaintiff
REGINALD SCOTT THOMAS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD SCOTT THOMAS, an individual;<br><br>Plaintiff,<br><br>vs<br><br>MARATHON PETROLEUM, a Deleware Coporation; SPECIALTY WELDING AND TURNAROUNDS, LLC, a Louisiana Coporation; and DOES 1-20,<br><br>Defendant. | Case No. 23-cv-00828-WHO<br><br>**NOTICE OF SETTLEMENT**<br><br><br>State Complaint Filed:  December 2, 2022<br>Removal Filed:  February 23, 2023<br>Trial Date:  December 2, 2024 |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within 60 days.

Dated: October 3, 2024                          VENARDI ZURADA LLP


                                                By:  */s/ Martin Zurada*
                                                Martin Zurada Attorneys for Plaintiff
                                                REGINALD SCOTT THOMAS

- 1 -
NOTICE OF SETTLEMENT                                                CASE NO.: 23-CV-00828-WHO